IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>OCTAVEON WOODS | Criminal Action No.<br><br>1:18-CR-00031 |

**Victim Disclosure Statement Pursuant to Fed. R.Cr. P. 12.4(a)(2)**

The Pursuant to Rule 12.4(a)(2) of the Federal Rules of Criminal Procedure, Blue Cap Entertainment, who has been identified as an organizational victim in the above-captioned case, makes the following disclosure:

1. The party is a non-governmental corporate party.

2. List any parent corporation or state that there is no such corporation:
   NO SUCH CORPORATION

3. List any publicly-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:
   NO SUCH CORPORATION

The undersigned party understands that under Rule 12.4(a)(2) of the Federal Rules of Criminal Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

DENNIS R BAXTER
Printed name

_Dennis R Baxter_
Signature

MARCH 5, 2018
Date

Submitted by:
Lynsey Barron
*Assistant United States Attorney*