

RECEIVED
MAR 2 2 2018
U.S. ATTORNEY
ATLANTA, GA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| UNITED STATES OF AMERICA | Criminal Action No. |
|---|---|
| v. | |
| OCTAVEON WOODS | 1:18-CR-00031 |

**Victim Disclosure Statement Pursuant to Fed. R.Cr. P. 12.4(a)(2)**

The Pursuant to Rule 12.4(a)(2) of the Federal Rules of Criminal Procedure, ID ENTERTAINMENT, who has been identified as an organizational victim in the above-captioned case, makes the following disclosure:

1. The party is a non-governmental corporate party.

2. List any parent corporation or state that there is no such corporation:

   *There is no such corporation.*

3. List any publicly-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:

   *There is no such corporation.*

The undersigned party understands that under Rule 12.4(a)(2) of the Federal Rules of Criminal Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

_David Tury_
Printed name

_David Tury_
Signature

_3/12/18_
Date

Submitted by:
Lynsey Barron
   *Assistant United States Attorney*