IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal Action No. |
| OCTAVEON WOODS, | 1:18-CR-31-AT-RGV |
| DEFENDANT. | |

### UNITED STATES' NOTICE TO TAKE DEPOSITION OF OCTAVEON WOODS

TO:  John R. Lovell
John R. Lovell, Esq., P.C.
90 F Glenda Trace, #427
Newnan, Georgia 30265

PLEASE TAKE NOTICE that pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure, Plaintiff the United States of America will take the deposition upon oral examination of Octaveon Woods, Wednesday, May 16, 2018 at 10:00 AM at the Office of the United States of Attorney, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303. You are directed to appear and to produce for inspection and copying the documents listed in Attachment A.

The deposition will be taken before an officer authorized to administer oaths. The deposition will continue from day-to-day until adjourned. It will be taken for

the purpose of discovery and any other purpose permitted by the Federal Rules of Civil Procedure.

Dated: 5/7/2018

Respectfully submitted,

BYUNG J. PAK
UNITED STATES ATTORNEY

s/ Cynthia B. Smith
CYNTHIA B. SMITH
ASSISTANT U.S. ATTORNEY
Georgia Bar 655473
600 U.S. Courthouse
75 Ted Turner Drive, S.W.
Atlanta, Georgia  30303
404-581-6350
cynthia.smith2@usdoj.gov

## CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed the within and foregoing **Notice of Deposition** with the Clerk of Court using the CM/ECF System and that I have served the following non-CM/ECF participants by depositing a copy of the same in the United States mail and addressed as follows:

> John R. Lovell
> John R. Lovell, Esq., P.C.
> 90 F Glenda Trace, #427
> Newnan, Georgia 30265

This 7th day of May, 2018.

> s/Cynthia B. Smith
> CYNTHIA B. SMITH
> ASSISTANT UNITED STATES ATTORNEY
> cynthia.smith2@usdoj.gov